APPEAL No. 75-307. LYNNE DAVIS HARRISON *v.* HENRY V. DAVIS, *Trustee u/w of Frederick Davis, Jr.* Motion of plaintiff to remand is granted, and the papers are remanded to the

Superior Court. *Gladstone & Zarlenga, Robert D. MacLean,* for plaintiff. *Aram K. Berberian,* for defendant.